IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN G. WRIETH, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:06CV717 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL WEBB, | ) | SHOW CAUSE ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court sua sponte. The plaintiff, Susan Wrieth, has failed to respond to the court's April 16, 2007 Order instructing Wrieth to file an amended complaint stating her basis for federal jurisdiction by May 4, 2007. Therefore, Wrieth has until **June 15 , 2007** to: (1) show cause why she failed to respond to the court's April 16, 2007 Order; and (2) file an amended complaint stating her basis for federal jurisdiction. If the plaintiff does not respond as ordered above, this action will be subject, without further notice, to dismissal, without prejudice, by the presiding judge as abandoned and for lack of prosecution. See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."

IT IS ORDERED:

    1. That the Plaintiff shall: (1) show cause why she failed to respond to the court's April 16, 2007 Order; and (2) file an amended complaint stating her basis for federal jurisdiction by June 15, 2007;

    2. The Clerk of Court is directed to send a copy of this Memorandum and Order to the Plaintiff at his last known address.

    DATED this 18th day of May, 2007.

                                               BY THE COURT:

                                               s/ F.A. Gossett
                                               United States Magistrate Judge