**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SUSAN G. WRIETH,** | ) | **CASE NO. 8:06CV717** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DARRELL WEBB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on Filing No. 6, the Court's May 18, 2007, Order instructing the plaintiff to: (1) show cause why she failed to respond to the court's April 16, 2007 Order; and (2) file an amended complaint stating her basis for federal jurisdiction. The plaintiff was warned that if she did not respond as ordered above by June 15, 2007, this action would be subject to dismissal without prejudice as abandoned for lack of prosecution. See NECivR 41.1, which states in pertinent part: "The court may at any time dismiss an action for lack of prosecution when it appears that any action is not being prosecuted with reasonable diligence." The June 15, 2007, deadline has passed, and the plaintiff has failed to respond to the Court's Order. Therefore, the plaintiff's complaint and the above-entitled case are dismissed without prejudice for lack of prosecution.

IT IS ORDERED:

1. That the plaintiff's complaint and the above-entitled action are dismissed without prejudice for lack of prosecution; and

2. The Clerk of Court is directed to send a copy of this Memorandum and Order to the plaintiff at her last known address.

DATED this 20th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge